El Pueblo de Puerto Rico, demandante y apelado, *v.* Epifanio Laguer, acusado y apelante.

No. 4528.—*Sometido:* Noviembre 25, 1931.—*Resuelto:* Diciembre 8, 1931.

*Buenaventura Esteves,* abogado del apelante; *E. Díaz Viera, Fiscal Auxiliar,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

En una apelación en que no se ha incorporado la evidencia ni se ha reproducido lo que sucedió ante la corte inferior, no podemos hallar error o abuso de discreción en

la negativa a posponer un caso de *misdemeanor* porque no estuviera presente el abogado del acusado.

Tampoco fué error declarar sin lugar una moción no jurada del apelante. Ni vemos que sea excesiva la pena de tres meses.

■ Una denuncia concebida en los siguientes términos es suficiente:

" . . . el acusado Epifanio Laguer, entonces y allí, ilegal, voluntaria y maliciosamente, con el propósito deliberado de privar de ello a su legítimo dueño, sustrajo de la propiedad de Eleuterio Cordero como dos quintales de ñames, más o menos, valorados en $4, los que no pudo llevar consigo por haber sido sorprendido dentro de la tala por el susodicho Cordero y su hermano José Cordero, y fueron ocupados poniéndose a disposición de la corte como prueba en el caso . . . "

■ Si bien el acusado no se había ido del sitio, hubo una suficiente apropiación de la propiedad, y, por tanto, un caso de hurto.

■ Cuando se alega el hurto de varios quintales de ñames se describen *prima facie* bienes muebles, no inmuebles.

*Debe confirmarse la sentencia apelada.*